**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1724**

DONNA DAVIS-INGRAM ALLEN,

                    Plaintiff - Appellant,

          v.

JAVID A. PERWAIZ, M.D. P.C.; MELISSA ANGLERO, DO; KHADIJAH
JORDAN, M.D., F.A.C.O.G., F.A.C.S.; CHESAPEAKE GENERAL
HOSPITAL HEALTHCARE FOUNDATION,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Arenda L. Wright Allen,
District Judge. (2:14-cv-00655-AWA-LRL)

Submitted: November 19, 2015        Decided: November 23, 2015

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donna Davis-Ingram Allen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Davis-Ingram Allen appeals the district court's judgment dismissing her complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Allen v. Perwaiz, No. 2:14-cv-00655-AWA-LRL (E.D. Va. May 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED